QUINN *et al.* v. STATE *ex rel.* COLE, *Co. Atty.*

No. 4262.    Opinion Filed July 14, 1914.

(141 Pac. 1166.)

**APPEAL AND ERROR**—Ground for Dismissal—Settlement of Controversy.    Where it is made to appear, by proper showing in this court, that the controversy involved in a proceeding in error has been settled between the parties, the appeal will be dismissed.

(Syllabus by the Court.)

*Error from District Court, Pawnee County;*
*L. M. Poe, Judge.*

Action by the State, on the relation of Redmond S. Cole, County Attorney in and for Pawnee County, State of Oklahoma, against Joe Quinn and others.    Judgment for relator, and defendants bring error.    Appeal dismissed.

*E. M. Clark,* for plaintiffs in error.

*Redmond S. Cole,* for defendant in error.

BLEAKMORE, J.    After this case was lodged in this court, and on the 20th of June, 1914, defendant in error filed its motion to dismiss the same for the reason that the parties hereto had compromised and settled the case out of court, and that the judgment in the court below has been satisfied.    Plaintiffs in error do not resist the motion.    The matter involved having been fully settled between the parties, this court will not consider any of the questions presented by the petition in error.    *Smith v. Boatman,* 29 Okla. 818, 120 Pac. 599; *Spaulding et al. v. Yarbrough,* 40 Okla. 731, 140 Pac. 782.

The appeal is therefore dismissed.

All the Justices concur.